UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

    Plaintiff,

-v-

LONG ISLAND RAIL ROAD COMPANY d/b/a MTA-LONG ISLAND RAIL ROAD, et al.,

    Defendants.

CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Status Conference held today, May 26, 2021, the Court orders as follows:

1. The parties shall provide their joint status report concerning their progress with expert depositions ("Joint Status Report") by **June 17, 2021.** (ECF No. 122). The parties shall include in the Joint Status Report the scheduled dates for the depositions of all experts who will be deposed.

2. The deadline for the completion of all expert depositions is **Thursday, September 30, 2021**. This deadline is unlikely to be extended. The parties shall submit a joint status report by **Friday, October 1, 2021**, confirming the completion of expert depositions.

A Telephone Discovery Conference is scheduled for **Tuesday, September 14, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
           May 26, 2021

                                      SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**