UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

          Plaintiff,

-v-

LONG ISLAND RAIL ROAD COMPANY d/b/a MTA-LONG ISLAND RAIL ROAD, et al.,

          Defendants.

CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Status Conference held today, September 14, 2021, the Court orders as follows:

1. The parties shall promptly confer concerning their availability and willingness to participate in a Settlement Conference in November 2021. By **Tuesday, September 21, 2021,** the parties shall email Chambers (at Cave_NYSDchambers@NYSD.uscourts.gov) concerning the scheduling, and format, of an upcoming Settlement Conference.

2. The deadline for the completion of expert depositions remains **September 30, 2021** (ECF No. 123), except the Court will permit the deposition of Dr. Beth Greenbaum to go forward on October 13, 2021. By **Friday, October 15, 2021**, the parties shall file a discovery status report confirming that all depositions have been completed and setting forth the proposed next steps to move this action forward.

Dated:    New York, New York
            September 14, 2021

                                          SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2