# KIERNAN

> The Settlement Conference scheduled for November 19, 2021 is ADJOURNED to **Friday, January 7, 2022 at 10:00 am, hosted by the Court through the Microsoft Teams platform**. The terms of the Settlement Conference Scheduling Order (ECF No. 126) are incorporated by reference.
>
> The Clerk of Court is respectfully directed to close ECF no. 129.
>
> SO ORDERED 11/5/2021
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**Via Electronic Filing**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007-1312

Re:  *Vasile v. Long Island Railroad Company et al.*
     Case No.: 1:17-cv-09623-LLS
     KT No.: 0117.0620
     **Joint Letter – Request for Extension Certain Remaining Deadlines**

Dear Judge Cave:

    As you are aware, my firm represents Defendant National Railroad Passenger Corporation d/b/a Amtrak in the above-captioned matter. I write to respectfully request the rescheduling of the November 19, 2021 settlement conference in this matter, a request to which all parties consent.

    I am lead counsel for Amtrak in this matter and have unfortunately been out of office for much of the last three weeks as a result of an unanticipated family illness. As a result of my absence, I have had to delay the presentation of this matter to my client for settlement authority. Given this delay, and my client's internal workings, I do not anticipate being able to obtain final authority prior to the scheduled settlement conference. Consequently, I respectfully request a postponement of the conference by roughly thirty (30) days in order to complete the process of obtaining settlement authority.

    I have spoken with counsel for Plaintiff and LIRR/MTA, both of whom have graciously consented to the requested extension in light of my unforeseen circumstance. I thank the Court for its consideration.

Respectfully Submitted,

*J. Christopher Nosher*
J. Christopher Nosher

cc:  Lawrence W. Rosenblatt, Esq.
     William Blumenschein, Esq.