UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

        Plaintiff,

-v-

LONG ISLAND RAIL ROAD COMPANY d/b/a MTA-LONG ISLAND RAIL ROAD, et al.,

        Defendants.

CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Status Conference held today, March 3, 2022, the Court orders as follows:

1. Yesterday, March 2, 2022, Plaintiff filed a motion to preclude expert testimony under Federal Rule of Civil Procedure 37(c). (ECF No. 133 (the "Motion")). However, S.D.N.Y. Local Civil Rule 37.2 requires that a party filing a motion under Rules 26 through 37 must first "request[] an informal conference with the Court by letter-motion for a pre-motion discovery conference[.]"  Accordingly, Plaintiff must file a pre-motion conference letter in support of the Motion, to which Defendants shall respond.

2. In accordance with the Individual Practices of the Honorable Louis L. Stanton, the parties shall file a pre-motion conference letter in advance of any dispositive or Daubert motion(s).

Dated:    New York, New York
            March 3, 2022

                                      SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2