UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
DAMIAN VASILE,

               Plaintiff,              17 Civ. 9623 (LLS)

    - against -                    ORDER

LONG ISLAND RAILROAD COMPANY, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - -X

     The Daubert motions proposed by the parties in

communications made to the Court on March 30, 2022 and March 31,

2022, Dkt. Nos. 149-150, are respectfully referred to Magistrate

Judge Sarah L. Cave.

     The parties' proposed motions for summary judgment are

deferred until after the determination of the Daubert motions.

     So Ordered.

Dated:  New York, New York
       April 5, 2022

                          Louis L. Stanton
                         LOUIS L. STANTON
                          U.S.D.J.