> The parties' letter-motion seeking an adjournment of the settlement conference (the "Conference") scheduled for tomorrow, August 17, 2022, at 10:00 am (ECF No. 174) is GRANTED, and the Conference is ADJOURNED to **Thursday, September 29, 2022 at 10:00 am**. All other terms of the original scheduling order (ECF No. 173) remain in effect.
>
> The Clerk of Court is respectfully directed to close ECF No. 174.
>
> SO ORDERED 08/16/22
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

August 16, 2022

**<u>Via Electronic Filing</u>**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007-1312

    Re:    *Vasile v. Long Island Railroad Company et al.*
            Case No.: 1:17-cv-09623-LLS
            KT No.: 0117.0620
            <u>Joint Letter –Request for Rescheduling of Settlement Conference</u>

Dear Judge Cave:

      As you are aware, my firm represents Defendant National Railroad Passenger Corporation d/b/a Amtrak in the above-captioned matter, and I write on behalf of all parties to respectfully request a rescheduling of the Settlement Conference in this matter. The matter is presently scheduled for a second Settlement Conference, to occur tomorrow, August 17, 2022. However, at this time, LIRR/MTA has been unable to complete its internal process of settlement authority evaluation and, consequently, will not be in a position to meaningfully participate in settlement discussions. The Parties have therefore conferred and respectfully request that the settlement conference be rescheduled to a date convenient to the Court and all Parties. We thank the Court for its time and consideration.

                                                    Respectfully Submitted,

                                                    *J. Christopher Nosher*
                                                    J. Christopher Nosher

    cc:    Lawrence W. Rosenblatt, Esq.
              William Blumenschein, Esq.