UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

                  Plaintiff,

-v-

LONG ISLAND RAIL ROAD COMPANY d/b/a MTA-LONG ISLAND RAIL ROAD, et al.,

                  Defendants.

CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On February 10, 2023, the Court directed the parties to file a joint letter regarding the status of their mediation efforts (the "Letter") by April 5, 2023. To date, the parties have not filed the Letter. Accordingly, the parties shall file the Letter by **Wednesday, April 12, 2023**.

Dated:    New York, New York
            April 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**