UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMIAN VASILE,<br><br>                   Plaintiff,<br><br>  -v-<br><br>LONG ISLAND RAILROAD COMPANY d/b/a MTA-LONG ISLAND RAILROAD, et al.,<br><br>                   Defendants. | CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On June 8, 2023, the Court granted the parties' request for an extension until June 14, 2023 to file a stipulation of dismissal for the attention of the Honorable Louis L. Stanton.  (ECF No. 207).  To date, the parties have not done so.  Accordingly, the parties are granted a final extension of time until **June 20, 2023** to file the stipulation of dismissal.

Dated:      New York, New York  
              June 15, 2023

SO ORDERED.

_____  
**SARAH L. CAVE**  
**United States Magistrate Judge**