UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

                Plaintiff,

-v-

LONG ISLAND RAILROAD COMPANY d/b/a MTA-LONG ISLAND RAILROAD, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Telephone Conference held today, July 5, 2023, the deadline for the parties to file a stipulation of dismissal for the attention of the Honorable Louis L. Stanton is EXTENDED from July 6, 2023 to **July 20, 2023**.

Dated:    New York, New York
           July 5, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**