UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN VASILE,

                Plaintiff,

  -v-

LONG ISLAND RAILROAD COMPANY d/b/a MTA-LONG ISLAND RAILROAD, et al.,

                Defendants.

CIVIL ACTION NO. 17 Civ. 9623 (LLS) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On August 11, 2023, the Court granted the parties' request for a ninth extension until August 24, 2023 to file a stipulation of dismissal for the attention of the Honorable Louis L. Stanton. (ECF No. 219). To date, the parties have not done so. Accordingly, the parties are granted a final extension of time until **August 31, 2023** to file the stipulation of dismissal.

Dated:    New York, New York
            August 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**